

**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 4:16CR 089

CHRISTOPHER TERRELL LOWE   21 U.S.C. § 841(b)(1)(C)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 22, 2015, in the Northern District of Mississippi, the defendant, CHRISTOPHER TERRELL LOWE, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as classified by Title 21 of the Code of Federal Regulations, Sections 1308.12(a) and (d)(2), all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### Forfeiture Provision

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, CHRISTOPHER TERRELL LOWE, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without

difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

The United States further reserves its right to seek forfeiture in the form of a money judgment against any of the defendants named herein in an amount equal to the illegal proceeds obtained by the defendants as result of the violations specified in this Indictment.

                            A TRUE BILL

*Felicia C. Adams*  
UNITED STATES ATTORNEY          /s/redacted signature  
                                                FOREPERSON