UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CRIMINAL NO: **4:16CR089GHD-JMV**

**CHRISTOPHER TERRELL LOWE**

## MOTION FOR CONTINUANCE

Defendant, Christopher Terrell Lowe, by defendant's attorney, moves the court for an order continuing the trial of the above-entitled case, previously set for April 18, 2017 until the next term available on the ground that the defense developed new information that would allow counsel to adequately represent the defendant in trial.

The information would require the defense to bring in expert testimony, given the time constraints defense was unable to acquire an expert due to time conflicts; counsel needs additional time given the new information to prepare for trial; and give notice to the prosecution of new witnesses.

This motion is based on the annexed affidavit of *[name of affiant]*, all the files and records in the case, and any evidence that may be produced at the motion hearing.

Dated: *April 17, 2017*

*Charlie Carr*
*Charlie A. Carr Esq.*
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

    I, CHARLIE A. CARR, attorney for Christopher Terrell Lowe, do hereby certify that I have on this day electronic delivery, a true and correct copy of the foregoing Motion for Continuance to the following:

United States Attorney's Office

United States Northern District Clerk for Mississippi

United States Northern District Court for Mississippi

This is 17th day of April, 2017.

*Charlie Carr*

Charlie A. Carr, Esq. MSB #103186
Carr& Associates,PLLC
5250 Galaxie Drive
Jackson, MS 39206
Telephone: (601) 398-8663
attorneycharliecarr@ymail.com
