IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES (SENTENCING)

**CASE NO. 4:16cr89-GHD**                                              **PLACE HELD: ABERDEEN**

**UNITED STATES OF AMERICA v. CHRISTOPHER TERRELL LOWE**

**DATE & TIME BEGUN:**   8/17/17, 1:27 P.M.

**DATE & TIME ENDED:**   8/17/17, 1:45 P.M.

**TOTAL TIME: 18 min**

**PRESENT:**

**HONORABLE GLEN H. DAVIDSON, SENIOR JUDGE**

| | |
|---|---|
| Raye Long | Phyllis McLarty |
| **Courtroom Deputy Clerk** | **Official Court Reporter** |

| | |
|---|---|
| **ATTORNEY(S) FOR GOVERNMENT:** | **ATTORNEY(S) FOR DEFENDANT(S):** |
| Clay Dabbs, AUSA | Charlie A. Carr |
| Oxford, MS | Ridgland, MS |

**PROCEEDINGS:**   **SENTENCING COUNT 1**

**ENTRY TO BE MADE ON DOCKET:**
Sentencing held. Defendant remanded to custody of the U. S. Marshal. J&C to follow.

**DAVID CREWS, CLERK**

By:   /s/ Raye Long
         Raye Long, Courtroom Deputy Clerk